STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
Nevada State Bar Number 9635
KIMBERLY FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
kimberly.frayn@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-mj-00348-GWF |
| Plaintiff, | **MOTION TO QUASH WARRANT** |
| vs. | |
| NOLAN NADING, | |
| Defendant. | |

COMES NOW the United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Kimberly Frayn, Assistant United States Attorney, and files this Motion to Quash the Superseding Indictment and Quash the Arrest Warrant as to defendant NOLAN NADING.

In June of 2006, a Criminal Complaint was filed charging the defendant with Operating a Motor Vehicle Under the Influence of Alcohol, Operating a Motor Vehicle With a BAC of 0.08 Grams and Higher and Unsafe Operation. Defendant pled guilty to Operating a Motor Vehicle Under the Influence of Alcohol on June 5, 2006. Remaining counts were dismissed. Defendant was sentenced to one year unsupervised probation with the following conditions: defendant must pay a $500.00 fine plus $10.00 penalty assessment fee, defendant must complete

DUI school with victim impact panel; defendant must complete 64 hours of community service and defendant is restricted from Lake Mead National Recreational Area for a period of six months. Defendant failed to appear for his January 2007 status hearing to verify his compliance with the conditions. The hearing was continued to February 2007. Defendant also failed to appear for the February 2007 status hearing. A bench warrant was issued. Defendant was arrested in the District of Arizona on the bench warrant on June 29, 2017. Defendant has served two days in federal custody.

Therefore, the United States requests that the bench warrant be quashed and the case closed.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/ Kimberly Frayn

KIMBERLY FRAYN
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 7/5/2017